| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number: 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT (MR 7505) | Case No.: 14-33704-CMG<br><br>Chapter 13<br><br>Judge: Christine M. Gravelle |
| **In Re:**<br><br>Michael W. Donnelly,<br><br>   Debtor. | |

Order Filed on November 23, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: November 23, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge




14-33704-CMG
DONNELLY, MICHAEL W.
Order on Application for Redaction

**Page 2**

Debtors: Michael W. Donnelly

Case No.: 14-33704-CMG
Caption of Order: **Order Directing Redaction of Personal Information**

---

    The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by DITECH FINANCIAL LLC, and regarding the following documents:

a. Proof of Claim, filed on March 10, 2015, as claim 9-1 on the Claims Register.

b. Notice of Mortgage Payment Change, filed on March 04, 2016, under claim 9-2 on the Claims Register.

    ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby

    ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

    ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court
District of New Jersey

In re:
Michael W. Donnelly
    Debtor

Case No. 14-33704-CMG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 23, 2016
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2016.
db         Michael W. Donnelly,   161 Cedar Run Rd,   Bayville, NJ   08721-3504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2016 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, N.A. D/B/A Americas Servicing
  Company as servicer for U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage
  Trust 2005-2, Adjustable Rate Mortgage Backed Pass-Throu nj.bkecf@fedphe.com
         Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
  bkgroup@kmllawgroup.com
         Elizabeth K. Holdren    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners,
  LLC, its Trustee, through its servicer, BSI Financial Services eak@hillwallack.com,
  fkm@hillwallack.com;jhanley@hillwallack.com
         Jennifer R. Gorchow    on behalf of Creditor    Wells Fargo Bank, N.A. D/B/A Americas Servicing
  Company as servicer for U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage
  Trust 2005-2, Adjustable Rate Mortgage Backed Pass-Throu nj.bkecf@fedphe.com
         John Philip Schneider    on behalf of Creditor    Wells Fargo Bank, N.A. D/B/A Americas Servicing
  Company as servicer for U.S. Bank National Association, as Trustee for Adjustable Rate Mortgage
  Trust 2005- 2, Adjustable Rate Mortgage-Backed Pass-Thro nj.bkecf@fedphe.com
         Marc C. Capone    on behalf of Debtor Michael W. Donnelly mcapone@caponeandkeefe.com,
  docs@caponeandkeefe.com
         Miriam   Rosenblatt    on behalf of Creditor    DITECH FINANCIAL LLC mrosenblatt@rasflaw.com
         Paul V. Buonaguro    on behalf of Creditor    Division of Taxation, State of New Jersey
  paul.buonaguro@dol.lps.state.nj.us
         Robert P. Saltzman    on behalf of Creditor    Green Tree Servicing LLC dnj@pbslaw.org
         Tammy L. Terrell    on behalf of Creditor    Bank of America, N.A. bankruptcy@feinsuch.com
                                                                                    TOTAL: 12